# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2024

**VIA ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

    Re:    *United States v. Cornelius Williams,* 12-cr-944 & 22-cr-647 (KMK)

Dear Honorable Judge Karas:

    I am requesting that Your Honor set a conference date as soon as practicable for Mr. Williams to appear.

    Yesterday, May 8, 2024, Mr. Williams failed to appear for his status conference on the above-captioned violation of supervised release matters. The government requested a warrant, and the Court stayed the issuance of a warrant until 12:00 p.m. today to see whether I would have contact with Mr. Williams.

    I received two text messages from Mr. Williams around 11:30 a.m. this morning, which indicated that his phone was broken, and he was attempting to communicate with me through his watch and would call me shortly. I received a phone call from Mr. Williams at 11:48 a.m. this morning. He said he was calling me from his watch, which I assumed to be an Apple watch since it has that function. It was incredibly difficult to hear him, but he did convey that if the Court set a new date and I sent him that information, he would be there.

    Therefore, I am requesting that the Court set the matter for a short date for him to appear. I have availability any time tomorrow, May 10, 2024, and can make myself available any time that is convenient for the Court. Alternatively, if the Court does issue a warrant today, I plan on instruction Mr. Williams to arrive at the courthouse tomorrow morning to surrender on any warrant.

Thank you for your time and consideration.

                                    Respectfully submitted,

                                    Elizabeth K. Quinn
                                    Assistant Federal Defender

cc:    Timothy Ly, AUSA
        Urshala Herald, USPO

> The Court will hold a conference on 5/10/24 at 3pm. Mr. Williams must appear on time, or the Court will issue an arrest warrant.
>
> So Ordered.
>
> 5/9/24